

# MANDATE

# Court of Appeals

# First District of Texas

NO. 01-15-00211-CV

OMONIEFE MARY BAZUNU, Appellant

V.

MONEYGRAM PAYMENT SYSTEMS, INC., Appellee

Appeal from the 127th District Court of Harris County (Tr. Ct. No. 2014-46325)

**TO THE 127th DISTRICT COURT OF HARRIS COUNTY, GREETINGS:**

Before this Court, on the 28th day of May 2015, the case upon appeal to revise or to reverse your judgment was determined.   This Court made its order in these words:

Appellant, Omoniefe Mary Bazunu, has neither established indigence nor paid, or made arrangements to pay, all the required fees.   After being notified that this appeal was subject to dismissal, appellant did not adequately respond.   It is therefore **CONSIDERED**, **ADJUDGED**, and **ORDERED** that the appeal be dismissed.

The Court **orders** that the appellant, Omoniefe Mary Bazunu, pay all appellate costs.

The Court **orders** that this decision be certified below for observance.

Judgment rendered May 28, 2015.

Per curiam opinion delivered by panel consisting of Justices Jennings, Bland, and Brown.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things to have it duly recognized, obeyed, and executed.

August 7, 2015

Date

CHRISTOPHER A. PRINE
CLERK OF THE COURT

